Commonwealth ex rel. Maines, Appellant, *v.*
Botula.

Submitted December 13, 1965.
*Kenneth Maines,* appellant, in propria persona; *Ervin S. Fennell, Jr.,* Assistant District Attorney, and *John K. Reilly, Jr.,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Mallory, Appellant, *v.*
Myers.

Submitted March 21, 1966. *Andrew Mallory,* appellant, in propria persona; *Michael J. Rotko* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Martin, Appellant, *v.*
Rundle.

Submitted March 21, 1966. *Arthur E. Martin,* appellant, in propria persona; no argument was made nor brief submitted for appellee.

Order affirmed.